ORIGINAL

MICHAEL WAYNE HUGHES
NAME

CDC NO. P-75796
PRISON IDENTIFICATION/BOOKING NO.

P.O. BOX 705
ADDRESS OR PLACE OF CONFINEMENT

SOLEDAD, CA. 93960

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Related DDJ

FEE DUE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL WAYNE HUGHES
FULL NAME (Include name under which you were convicted)
                                              Petitioner,

v.

THE PEOPLE,
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                              Respondent.

CASE NUMBER:

EDCV14-01745 GAF(DFM)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION  SAN BERNARDINO
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a difference California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum. the grounds for relief from the conviction and/or sentence that you challenge.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT
AUG 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CV-69 (05/12)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)   Page 1 of 9

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☒ other.

## PETITION

1. Venue

    a. Place of detention <u>CORRECTIONAL TRAINING FACILITY (CTF), SOLEDAD</u>

    b. Place of conviction and sentence <u>SUPERIOR COURT OF SAN BERNARDINO</u>

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*

    a. Nature of offenses involved *(include all counts)*: <u>COUNT 1: POSSESSION OF METHAMPHETAMINE; COUNT 2: POSSESSION OF A FIREARM BY A FELON; COUNT 3: POSSESSION OF METHAMPHETAMINE WHILE BEING ARMED WITH A FIREARM.</u>

    b. Penal or other code section or sections: <u>COUNT 1: HEALTH & SAFETY CODE SEC. 11378; COUNT 2: P.C. SEC. 12021, subd.(a)(1); COUNT 3: HEALTH & SAFETY CODE SEC. 11370.1, subd.(a)</u>

    c. Case number: <u>FWV17172</u>

    d. Date of conviction: <u>MARCH 9, 2000</u>

    e. Date of sentence: <u>APRIL 12, 2000</u>

    f. Length of sentence on each count: <u>SENTENCED FOR 32 YEARS TO LIFE (AS TO COUNT 1) TO BE FOLLOWED BY 25 YEARS TO LIFE AS TO COUNT 2.</u>

    g. Plea *(check one)*:

       ☒ Not guilty

       ☐ Guilty

       ☐ Nolo contendere

    h. Kind of trial *(check one)*:

       ☒ Jury

       ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes  ☐ No

    If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:

    a. Case number: <u>E059474</u>

    b. Grounds raised *(list each)*:

       (1) <u>APPOINTED COUNSEL FILED A BRIEF UNDER THE AUTHORITY OF PEOPLE v. WENDE (1979) 25 cal.3d 436.</u>

(3) _____
(4) _____
(5) _____
(6) _____

    c. Date of decision: JANUARY 17, 2014
    d. Result THE JUDGMENT WAS AFFIRMED.

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes ☐ No

   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

    a. Case number: S216793
    b. Grounds raised *(list each)*:

      (1) THE COURT OF APPEALS RULING ON PETITIONER'S ELIGIBILITY FOR RESENTENCING UNDER PROP. 36 IS IN CONFLICT WITH OTHER APPEAL COURTS OPINIONS WITHIN THE STATE.

      (2) THE LEGAL QUESTION OF BEING ARMED WITH, POSSESSION OF OR ACCESS TO A "FIREARM" AND HOW IT PERTAINS TO RESENTENCING UNDER PROP. 36 NEEDS TO BE STANDARDIZED.

    c. Date of decision: APRIL 9, 2014.
    d. Result PETITION FOR REVIEW WAS DENIED.

5. If you did not appeal:

    a. State your reasons _____

    b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☐ Yes ☒ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

    a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

  (4) Grounds raised *(list each)*:

   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____

  (5) Date of decision: _____
  (6) Result _____

  (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b. (1) Name of court: _____
  (2) Case number: _____
  (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
  (4) Grounds raised *(list each)*:

   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____

  (5) Date of decision: _____
  (6) Result _____

  (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

c. (1) Name of court: _____
  (2) Case number: _____
  (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
  (4) Grounds raised *(list each)*:

   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____


(5) Date of decision: _____

(6) Result: _____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a. Ground one: COURT's RULING ON ELIGIBILITY UNDER PROP.36, BASED ON THE FIREARM CHARGE IS IN CONFLICT WITH OTHER COURTS ON SIMILAR CASES.

(1) Supporting FACTS: DEFENDANTS IN OTHER APPELLATE DISTRICTS WITH SIMILAR CHARGES HAVE QUALIFIED FOR RESENTENCING UNDER PROP.36, as long AS THEIR CURRENT CONVICTION FALLS INTO A NON-SERIOUS AND NON-VIOLENT CATEGORY AND THEY ARE NO LONGER A DANGER TO SOCIETY.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☒ No

b. Ground two: PETITIONER'S 6th AMEND. RIGHT TO HAVE THE FACTS PROPERLY PRESENTED TO AND FOUND CORRECT BY A JURY WAS VIOLATED WITH REGARD TO THE FIREARM CHARGE.

(1) Supporting FACTS: (SEE ATTACHED PAGE)

GROUND TWO:

SUPPORTING FACTS:

In light of recent court rulings, under the proper charge of "Possession of" or "Access to" a firearm, petitioner would be eligible for resentencing under Prop. 36.

During petitioner's August 9, 2013, Proposition 36 hearing in front of Honorable Michael A. Smith, Judge, in Department 19, petitioner's appointed counsel Ms. Yarrow Neubert stated: "Ms. Neubert: Just for the record, I'm going to go ahead and object to that finding. And I don't think that there's been a sufficient showing that the defendat was armed. And, with that, I'd submit." (COURT TRANSCRIPTS, AUGUST 9, 2013, Page 3, Lines 23-26.)

Petitioner asserts that the facts of this case indicates that the correct charge was either "Access to a firearm" or "possession of a firearm" and not armed with a firearm.

"A conviction for violating sec. 12021, is insufficient, standing alone, to disqualify a defendant. Rather, the record of conviction must establish arming (or one of the other disqualifying factors). Accordingly, defendant, an inmate serving a term of 25 years to life in prison following conviction of a felony that was not violent or serious, was not automatically disqualified from resentencing." (People v. Blakely, 225 Cal.App.4th 1042 (2014) ).

The issues asserted in this petition are Constitutional violations and therefore are reviewable by this court (28 USC sec.2254(a)). Based on the foregoing, this court should grant this petition and order full briefing.

_____
_____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes    ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes    ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☒ No

c. Ground three: __N/A_____

    (1) Supporting FACTS: _____
_____
_____
_____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

d. Ground four: _____

    (1) Supporting FACTS: _____
_____
_____
_____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

e. Ground five: _____

    (1) Supporting FACTS: _____
_____
_____
_____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

9. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
☐ Yes ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____
  (2) Case number: _____
  (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
  (4) Grounds raised *(list each)*:
   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
  (5) Date of decision: _____
  (6) Result _____

  (7) Was an evidentiary hearing held? ☐ Yes ☐ No

b. (1) Name of court: _____
  (2) Case number: _____
  (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
  (4) Grounds raised *(list each)*:
   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
  (5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☐ Yes   ☐ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____
(2) Case number: _____
(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
(4) Grounds raised *(list each)*:

(a) _____
(b) _____
(c) _____
(d) _____
(e) _____
(f) _____

12. Are you presently represented by counsel?   ☐ Yes ☒ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __AUG 12, 2014__
                   *Date*

*Signature of Petitioner*
MICHAEL WAYNE HUGHES
IN PRO PER

Filed 1/17/14 P. v. Hughes CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### FOURTH APPELLATE DISTRICT

### DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
|     Plaintiff and Respondent, | E059474 |
| v. | (Super.Ct.No. FWV17172) |
| MICHAEL WAYNE HUGHES, | OPINION |
|     Defendant and Appellant. | |

APPEAL from the Superior Court of San Bernardino County. Michael A. Smith, Judge. (Retired judge of the San Bernardino Super. Ct. assigned by the Chief Justice pursuant to art. VI, § 6 of the Cal. Const.) Affirmed.

John L. Dodd, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Defendant and appellant Michael Wayne Hughes appeals after the trial court denied his petition for resentencing under Penal Code section 1170.126, known as the

Three Strikes Reform Act of 2012. (Prop. 36, as approved by voters, Gen. Elec. (Nov. 7, 2012).)[1] Defendant filed a notice of appeal on August 15, 2013. We affirm.

## PROCEDURAL BACKGROUND

Defendant was charged by information with possession for sale of a controlled substance. (Health & Saf. Code, § 11378, count 1.) It was further alleged that, in the commission of count 1, defendant was personally armed with a firearm. (Pen. Code, former § 12022, subd. (c).) In addition, it was alleged as to count 1 that defendant was previously convicted of a violation of Health and Safety Code section 11378, within the meaning of Health and Safety Code section 11370.2, subdivision (a). The information also charged defendant with possession of a firearm by a felon (Pen. Code, former § 12021, subd. (a)(1), count 2), and possession of methamphetamine while being armed with a loaded, operable firearm (Health & Saf. Code, § 11370.1, subd. (a), count 3). The information further alleged that defendant suffered two prior strike convictions (Pen. Code, §§ 1170.12, subds. (a)-(d) & 667, subds. (b)-(i)), and that he had served four prior prison terms (Pen. Code, § 667.5, subd. (b)).

A jury found defendant guilty of all counts. It also found true the allegations that, as to count 1, defendant was personally armed (Pen. Code, former § 12022, subd. (c)), and that he was previously convicted of a violation of Health and Safety Code section 11378, within the meaning of Health and Safety Code section 11370.2,

---

[1] All further statutory references will be to the Penal Code, unless otherwise noted.

subdivision (c).[2] The jury further found that he had served four prior prison terms, and that he had two prior strike convictions. The court sentenced defendant to a total term of 57 years to life in state prison. The sentence consisted of the indeterminate term of 25 years to life on count 1, plus three years pursuant to Health and Safety Code section 11370.2, subdivision (c), and one year on each of the four prison priors. The court sentenced him to four years on the armed allegation (Pen. Code, former § 12022, subd. (c)), but stayed that term under Penal Code section 654. On count 2, the court imposed a consecutive term of 25 years to life. On count 3, the court also imposed 25 years to life, but stayed that sentence pursuant to Penal Code section 654. The court subsequently struck the armed allegation under Penal Code former section 12022, subdivision (c).

On March 15, 2013, defendant filed an in pro. per. petition for resentencing under Penal Code section 1170.126. The court denied the petition on the ground that defendant's current conviction for possession of methamphetamine while being armed with a loaded, operable firearm (Health & Saf. Code, § 11370.1, subd. (a)) made him ineligible for resentencing under Penal Code section 1170.126, subdivision (e)(2).

---

[2] We note that the information alleged this enhancement under Health and Safety Code section 11370.2, subdivision (a). However, the allegation was apparently amended. The jury found true the enhancement allegation under Health and Safety section 11370.2, subdivision (c).

3

## ANALYSIS

After the notice of appeal was filed, this court appointed counsel to represent defendant. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738 [87 S.Ct. 1396, 18 L.Ed.2d 493], setting forth a statement of the case, a brief statement of the facts, and identifying one potential arguable issue: whether defendant is precluded from obtaining relief under section 1170.126.

Defendant was offered an opportunity to file a personal supplemental brief, which he has not done. Under *People v. Kelly* (2006) 40 Cal.4th 106, we have conducted an independent review of the record and find no arguable issues.

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

HOLLENHORST
                                                                                      J.

We concur:

RAMIREZ
           P. J.

CODRINGTON
              J.

Court of Appeal, Fourth Appellate District, Division Two - No. E059474

S216793

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

THE PEOPLE, Plaintiff and Respondent,

v.

MICHAEL WAYNE HUGHES, Defendant and Appellant.

---

The petition for review is denied.

SUPREME COURT
FILED

APR - 9 2014

Frank A. McGuire Clerk

_____
Deputy

CANTIL-SAKAUYE
_____
*Chief Justice*

ORIGINAL

MICHAEL WAYNE HUGHES
_Petitioner_

THE PEOPLE,
_Respondent(s)_

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, __MICHAEL WAYNE HUGHES__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __1985   $2,000.00 per month__

2. Have you received, within the past twelve months, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐ Yes ☒ No
    b. Rent payments, interest or dividends?   ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments?   ☐ Yes ☒ No
    d. Gifts or inheritances?   ☐ Yes ☒ No
    e. Any other sources?   ☐ Yes ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_
    ☐ Yes ☒ No

If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

    If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __None__

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __AUG 12, 2014__            _____
              Date                       Signature of Petitioner
                                         MICHAEL WAYNE HUGHES

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____                          _____
   Date                                  Authorized Officer of Institution/Title of Officer

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

__Michael Hughes P75796__ for the last six months at
(prisoner name)

__Correctional Training Facility__ where (s)he is confined.
(name of institution)

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__

Dated: __August 16, 2014__   __A Oliva AOL Acct 1 Spec.__
                              Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P O BOX 686
SOLEDAD, CA 93960
ATTN: ACCOUNTING OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: AOliva 8/16/14
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY AOL Acct 1 Spec.
TRUST OFFICE

Date\Time: 8/16/2014 10:44:28 AM     Verified: A.O
Institution: CTF

## CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| P75796 | HUGHES, MICHAEL | CTF | A RA A2 | 247001 |

**Current Available Balance:** $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 10/25/2013 | $30.20 |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| ARTIFICIAL APPLIANCE | 10/25/13 MAS DENTURE | $182.50 | $0.00 | $152.30 |
| MEDICAL (HEALTH) SUPPLIES | ADHESIVE 9/16/13 | $5.85 | $0.00 | $5.85 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | FWV17172 | Active | $5,000.00 | $0.00 | $0.00 | $3,687.29 |

*THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: AOliva 8/10/14 CALIFORNIA DEPARTMENT OF CORRECTIONS BY TRUST OFFICE AO = Acct Spec.*

2

MICHAEL WAYNE HUGHES
CDC NO. P-75796
PO BOX 705
SOLEDAD, CA, 93960

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
ATTN: INTAKE / DOCKET SECTION
312 NORTH SPRING STREET
LOS ANGELES, CA, 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004253462
MAILED FROM ZIP CODE 93960
$ 02.87⁰
AUG 19 2014