FILED
CLERK, U.S. DISTRICT COURT

October 8, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MICHAEL WAYNE HUGHES,

          Petitioner,

          v.

THE PEOPLE,

          Respondent.

)
)
)
)
)
)
)
)
)
)
)

No. ED CV 14-01745-GAF (DFM)

Order Accepting Findings and
Recommendation of United States
Magistrate Judge

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1    IT IS THEREFORE ORDERED that Judgment be entered dismissing

2  this action with prejudice.

3

4  Dated: October 8, 2014

5  _____

6  GARY A. FEESS
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2