**JS-6/ENTER**

ENTERED
CLERK, U.S. DISTRICT COURT

October 9, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

October 8, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE HUGHES, | No. ED CV 14-01745-GAF (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: October 8, 2014

_____
GARY A. FEESS
United States District Judge